1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| EFREN INIGUEZ-DELGADILLO, | ) ) Case No. EDCV 19-2369-DOC (JEM) |
| Petitioner, | ) ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF UNITED |
| SCOTT FRAUENHEIM, Warden, | ) STATES MAGISTRATE JUDGE ) |
| Respondent. | ) ) |

12
13
14
15
16
17

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the

records on file, and the Report and Recommendation of the United States Magistrate

Judge.  No Objections to the Report and Recommendation have been filed within the time

allowed for Objections.  The Court accepts the findings and recommendations of the

Magistrate Judge.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered

dismissing the action with prejudice.

18
19
20
21
22
23
24
25
26
27
28

DATED:  March 24, 2021

_David O. Carter_

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE