JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EFREN INIGUEZ-DELGADILLO,

Petitioner,

v.

SCOTT FRAUENHEIM, Warden,

Respondent.

Case No. EDCV 19-2369-DOC (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 24, 2021

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE